UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
CARLISA YVONNE COX                          CHAPTER 13
                                            CASE NO. 10-81899
                    DEBTOR

AFFIDAVIT OF KATHY CONWAY

The undersigned, Kathy Conway, first being duly sworn, says:

1. I am the Secretary-Treasurer for Security Credit Corporation, and as such I am familiar with the facts of this action. I am the custodian of and am familiar with the records of Security Credit Corporation including its accounts receivable.

2. Carlisa Cox executed a Disclosure Statement, Promissory Note and Security Agreement that granted Security Credit Corporation a lien on a 2002 Pontiac Grand Am Vehicle Identification Number 1G2NW52E82M592290, a copy of which is attached to the Motion for Relief From the Automatic Stay as Exhibit A.

3. Carlisa Cox has made no payment to Security Credit Corporation since October 21, 2010, and as of February 17, 2011, the balance owing to Security Credit Corporation is ONE THOUSAND FIVE HUNDRED EIGHTY-SEVEN & 67/100 DOLLARS ($1,587.67).

This the 30 day of March, 2011.

_____
Kathy Conway

Sworn to and subscribed before me
this the 30 day of March, 2011.

TERESA J. WEEKS
(SEAL) NOTARY PUBLIC
JOHNSTON COUNTY, NC

_____
Notary Public
My Commission Expires: 7-22-2011

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
CARLISA YVONNE COX

CHAPTER 13
CASE NO. 10-81899

DEBTOR

CERTIFICATE OF SERVICE

I, David F. Mills, Attorney at Law, 1559-B Booker Dairy Rd., Smithfield, North Carolina 27577, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 30th day of March, 2011, I served a copy of foregoing Affidavit of Kathy Conway on the following:

**Via ECF**
John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

**Via ECF**
Richard M. Hutson, II, Trustee
P. O. Box 3613
Durham, NC 27702

I certify under penalty of perjury that the foregoing is true and correct.

This the 30th day of March, 2011.

    DAVID F. MILLS, P.A.
    Attorney for the Movant
    1559-B Booker Dairy Rd.
    Smithfield, NC 27577
    Telephone: (919) 934-7235
    Facsimile: (919) 989-1529

    By:   /s/ David F. Mills
        David F. Mills
        State Bar No. 18326